UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Health Carousel Travel Network, LLC,

                                        Plaintiff(s),

                                                                    **O R D E R**

        -against –

                                                                    7:25-CV-02188 (CS) (AEK)


Bon Secours Mercy Health, Inc. et al,

                                        Defendant(s).
------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within forty-five days of the date of this order,
Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: January 6, 2026
        White Plains, New York


_____
        CATHY SEIBEL, U.S.D.J.